IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC AND<br>EDWARDS LIFESCIENCES PVT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC COREVALVE LLC AND<br>MEDTRONIC, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 12-23-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## **VERDICT FORM**

We, the jury, having duly deliberated on the evidence presented by the parties, answer the interrogatories posed by the Court as follows:

I. **PATENT INFRINGEMENT**

**QUESTION 1:**

Has Edwards proven by a preponderance of the evidence that Medtronic's manufacture or sale of the CoreValve System in the United States directly infringed any of the asserted claims of the '825 Patent?

YES ✓ (for Edwards)          NO _____ (for Medtronic)

**If you answered "Yes" to Question No. 1, which claim(s) do you find Medtronic has directly infringed:**

✓ Claim 1          ✓ Claim 2          ___ Claim 4

✓ Claim 5

**If you answered "yes" to Question 1, go to Question 2.**

**If you answered "no" to Question 1, go to Question 5.**

**QUESTION 2:**

Has Edwards proven by a preponderance of the evidence that Medtronic has infringed any of the asserted claims of the '825 Patent pursuant to Section 271(f)(1), which is described in the Court's instructions?

YES __✓__ (for Edwards)          NO _____ (for Medtronic)

**If you answered "Yes" to Question No. 2, which claim(s) do you find Medtronic has infringed pursuant to Section 271(f)(1):**

__✓__ Claim 1          __✓__ Claim 2          __✓__ Claim 4

__✓__ Claim 5

**Please go to Question 3.**

**QUESTION 3:**

Has Edwards proven by a preponderance of the evidence that Medtronic has infringed any of the asserted claims of the '825 Patent pursuant to Section 271(f)(2), which is described in the Court's instructions?

YES ___✓___ (for Edwards)     NO _____ (for Medtronic)

**If you answered "Yes" to Question No. 3, which claim(s) do you find Medtronic has infringed pursuant to Section 271(f)(2):**

_✓_ Claim 1     _✓_ Claim 2     _✓_ Claim 4

_✓_ Claim 5

**Please go to Question 4.**

4

## II.   **WILLFUL PATENT INFRINGEMENT**

**QUESTION 4:**

Has Edwards proven by clear and convincing evidence that Medtronic's infringement of the '825 Patent was willful?

YES ✓ _____ (for Edwards)          NO _____ (for Medtronic)

**Please go to Question 5.**

5

## III. INVALIDITY

**QUESTION 5:**

Has Medtronic proven by clear and convincing evidence that any of the asserted claims of the '825 patent are invalid because they are not enabled?

YES _____ (for Medtronic)        NO \_\_\_\_✓_____ (for Edwards)

**If you answered "Yes" to Question No. 5, which claim(s) do you find invalid because they are not enabled:**

\_\_\_\_ Claim 1        \_\_\_\_ Claim 2        \_\_\_\_ Claim 4

\_\_\_\_ Claim 5

**Please go to Question 6.**

**QUESTION 6:**

Has Medtronic proven by clear and convincing evidence that any of the asserted claims of the '825 patent are invalid for lack of written description?

YES _____ (for Medtronic)    NO \_\_\_\_✓_____ (for Edwards)

**If you answered "Yes" to Question No. 6, which claim(s) do you find invalid for lack of written description:**

\_\_\_ Claim 1          \_\_\_ Claim 2          \_\_\_ Claim 4

\_\_\_ Claim 5

**Please go to Question 7.**

7

## QUESTION 7:

Has Medtronic proven by clear and convincing evidence that any of the asserted claims of the '825 patent are invalid as being obvious in light of the prior art?

YES _____ (for Medtronic)        NO ✓_____ (for Edwards)

**If you answered "Yes" to Question No. 7, which claim(s) do you find invalid as being obvious in light of the prior art:**

\_\_\_ Claim 1          \_\_\_ Claim 2          \_\_\_ Claim 4

\_\_\_ Claim 5

**Complete this Section IV (Damages) ONLY if you answered "YES" for one or more claims in Section I (Infringement) and you answered "NO" for the same claim(s) in response to every question in Section III (Invalidity).**

## IV. DAMAGES

**You must decide the amount of damages adequate to compensate Edwards for Medtronic's infringement if (a) Medtronic has infringed at least one claim of the '825 Patent, and (b) for at least one such infringed claim Medtronic did not prove that claim is invalid.**

### QUESTION 8:

If you believe that Edwards has proven by a preponderance of the evidence that it is entitled to lost profits for Medtronic's infringement, please enter the amount of lost profits:

Answer: $ __388.8 Million__

### QUESTION 9:

For those infringing sales for which you did not award Edwards lost profits, what is the amount of reasonable royalty to which Edwards is entitled?

Answer: $ __4.8 Million__

Dated: January 15, 2014                    _[signature redacted]_

9