IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC AND <br> EDWARDS LIFESCIENCES PVT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC COREVALVE LLC, <br> MEDTRONIC CV LUXEMBOURG <br> S.A.R.L., MEDTRONIC VASCULAR <br> GALWAY LTD., MEDTRONIC, INC., <br> AND MEDTRONIC VASCULAR, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 12-023-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND PROPOSED ORDER**

As discussed by the parties and the Court at the conclusion of the trial, the parties hereby stipulate and agree, subject to the approval of the Court, that:

1. Any renewed motion for judgment as a matter of law and any motion for a new trial shall be filed on or before the date set by the Federal Rules of Civil Procedure.

2. Opening briefs in support of a renewed motion for judgment as a matter of law and a motion for a new trial shall be filed on or before February 12, 2014. Answering briefs opposing a renewed motion for judgment as a matter of law and a motion for a new trial shall be filed on or before April 14, 2014. Reply briefs in support of a renewed motion for judgment as a matter of law and a motion for a new trial shall be filed on or before May 14, 2014.

3. Any post-trial motions filed by plaintiffs, and opening briefs in support of such motions, shall be filed on or before March 17, 2014. Answering briefs opposing such motions shall be filed on or before May 23, 2014. Reply briefs in support of such motions shall be filed on or before June 23, 2014.

2

4. As discussed at the conclusion of trial, the opening and answering briefs on any renewed motion for judgment as a matter of law shall be limited to 40 pages, and the reply to 20 pages. For plaintiffs' motion for an injunction, the opening and answering briefs shall be limited to 30 pages, and the reply to 10 pages. In all other respects, the post-trial briefs of the parties shall comply with District of Delaware Local Rule 7.1.3.

| | |
|---|---|
| */s/ Regina Murphy* | */s/ David M. Fry* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Maryellen Noreika (No. 3208) | David M. Fry (No. 5486) |
| Regina Murphy (No. 5648) | SHAW KELLER LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 300 Delaware Avenue, Suite 1120 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 298-0700 |
| Wilmington, DE 19899-1347 | jshaw@shawkeller.com |
| (302) 658-9200 | dfry@shawkeller.com |
| jblumenfeld@mnat.com | *Attorneys for Medtronic CoreValve LLC,* |
| mnoreika@mnat.com | *Medtronic CV Luxembourg S.a.r.l., Medtronic* |
| rmurphy@mnat.com | *Vascular Galway Ltd., Medtronic, Inc., and* |
| *Attorneys for Edwards Lifesciences LLC* | *Medtronic Vascular, Inc.* |
| *And Edwards Lifesciences PVT, Inc.* | |

Dated: January 27, 2014

So Ordered this _____ day of _____, 2014,

_____
United States District Judge