IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ) <br> EDWARDS LIFESCIENCES PVT, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MEDTRONIC COREVALVE LLC AND., ) <br> MEDTRONIC CV LUXEMBOURG ) <br> S.A.R.L., MEDTRONIC VASCULAR ) <br> GALWAY LTD., MEDTRONIC, INC., ) <br> AND MEDTRONIC VASCULAR, INC., ) <br> ) <br> Defendants. ) | C.A. No. 12-23-GMS |

## JUDGMENT

This action came before the Court for a trial by jury on January 6, 2014. The issues have been tried and the jury rendered its verdict (D.I. 170) on January 15, 2014, (a copy of the verdict form is attached hereto). Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the plaintiffs, EDWARDS LIFESCIENCES LLC AND EDWARDS LIFESCIENCES PVT, INC. ("EDWARDS"); AND AGAINST THE DEFENDANTS, MEDTRONIC COREVALVE LLC, MEDTRONIC CV LUXEMBOURG S.A.R.I., MEDTRONIC VASCULAR GALWAY LTD., MEDTRONIC, INC., AND MEDTRONIC VASCULAR, INC., ("MEDTRONIC"); AND FINDING THAT MEDTRONIC DIRECTLY INFRINGED CLAIMS 1, 2, 4, AND 5 OF THE '825 PATENT; FINDING THAT MEDTRONIC INFRINGED CLAIMS 1,2, 4, AND 5 OF THE '825 PATENT PURSUANT TO SECTIONS 271(f)(1) AND 271(f)(2);

FINDING THAT MEDTRONIC'S INFRINGEMENT OF THE '825 PATENT WAS WILLFUL;

FINDING THAT THE THE ASSERTED CLAIMS OF THE '825 PATENT ARE VALID;

AWARDING EDWARDS EDWARDS DAMAGES FOR LOST PROFITS IN THE AMOUNT OF $388,800,000 (THREE HUNDRED EIGHTY-EIGHT MILLION EIGHT HUNDRED THOUSAND DOLLARS); AND A REASONABLE ROYALTY IN THE AMOUNT OF $4,800,000 (FOUR MILLION EIGHT HUNDRED THOUSAND DOLLARS.

Dated: January 27, 2014

CHIEF, UNITED STATES DISTRICT JUDGE